JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FLORES, an individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-03608-FWS-MAA<br><br>**JUDGMENT FOR DEFENDANT UNITED STATES OF AMERICA**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

1   On March 28, March 29, and March 31, 2023, the court held a bench trial on this
2   matter in Courtroom 10D of the United States District Court, Central District of
3   California, the Honorable Fred W. Slaughter presiding. (Dkts. 81, 82, 83.)  Plaintiff
4   Jonathan Flores appeared by and through his attorneys of record, Nina Sargsyan and
5   Ferdinand Phillip Peche, and Defendant United States of America appeared by and
6   through its attorneys of record, John Christopher Korevec and Christina Alejandra
7   Marquez.  (*Id*.)  On May 4, 2023, the court held a status conference on the matter, stated
8   its findings of fact and conclusions of law on the record pursuant to Fed. R. Civ. P.
9   52(a), and found in favor of Defendant United States of America.  (Dkt. 88.)  On the
10  same day, the court ordered Defendant United States of America to lodge a proposed
11  judgment consistent with the court's Statement of Decision within seven (7) days.  (*Id*.)
12  On May 11, 2023, Defendant United States of America lodged a Proposed Judgment.
13  (Dkt. 89.)  On May 12, 2023, the court entered an order indicating it had received the
14  Proposed Judgment from Defendant United States of America, and ordered Plaintiff
15  Jonathan Flores to either file "a statement of his objections to the Proposed Judgment or
16  a notice of non-opposition to the Proposed Judgment . . . within ten (10) days."  (Dkt.
17  90.)  On May 22, 2023, Plaintiff Jonathan Flores filed a Notice of Non-Opposition to
18  Defendant's Notice of Judgment.  (Dkt. 91.)  Therefore, Plaintiff Jonathan Flores's claim
19  for negligence having been adjudicated in favor of Defendant United States of America,
20  ///
21  ///
22  ///

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jonathan Flores shall take nothing from Defendant United States of America on his Complaint, and that Judgment is hereby entered in favor of Defendant United States of America and against Plaintiff Jonathan Flores.  Defendant United States of America shall file any motion or application for costs within **fourteen (14)** days of the date this Order was filed.  Any motion or application for costs must comply with Local Rule 54-2.

**IT IS SO ORDERED.**

Dated: May 23, 2023

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE